UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2007 APR 18 PM 4:07
LORETTA G. WHYTE
CLERK

ELECTRIC LADYLAND, II, L.L.C.     CIVIL ACTION NO.

Plaintiff

Versus

EXPERIENCE HENDRIX, L.L.C. and
AUTHENTIC HENDRIX, L.L.C.

Defendant

**07-2017**

**SECT. R MAG. 4**

COMPLAINT

Plaintiff Electric Ladyland II, L.L.C. (hereinafter, "Plaintiff"), by and through its undersigned counsel, for this Complaint against defendants Experience Hendrix, L.L.C. and Authentic Hendrix, L.L.C. (hereinafter, "Defendants") states the following. Allegations made on belief are premised on the belief that the same are likely to have evidentiary support after a reasonable opportunity for further investigation and discovery.

## THE PARTIES

1. Plaintiff Electric Ladyland II, L.L.C. is a limited liability company having a principal business address at 610 Frenchman St., New Orleans, Louisiana 70116.

2. Upon information and belief, defendant Experience Hendrix, L.L.C. is a limited liability company organized under the laws of the State of Washington and having its principal business address at 14501 Interurban Avenue South, Tukwila, Washington 98168.

3. Upon information and belief, defendant Authentic Hendrix, L.L.C. is a limited liability company organized under the laws of the State of Washington and having its principal business address at 14501 Interurban Avenue South, Tukwila, Washington 98168

Fee __350.__
✓ Process____
X Dktd____
___ CtRmDep____
___ Doc. No____

1

## NATURE OF ACTION

4. This is an action for declaration of trademark rights under the Trademark Act of 1946, as amended (The Lanham Act, 15 U.S.C. § 1051 *et seq.*) and unfair competition under the law of the State of Louisiana, based on the plaintiff's predecessor in business adoption and use of service mark and trade name ELECTRIC LADYLAND as a name associated with offering tattooing services to the public.

## JURISDICTION AND VENUE

5. This Court has jurisdiction over this action pursuant to 15 U.S.C. § 1121 (actions arising under the Federal Trademark Act), 28 U.S.C. § 1338(a) (acts of Congress relating to trademarks), 28 U.S.C. 1338(b) (pendent unfair competition claims), and 28 U.S.C. § 1332(a) (diversity of citizenship). The amount in dispute herein exceeds $75,000.00. Venue is proper in this District pursuant to 28 U.S.C. § 1391.

## COUNT ONE

### NONINFRINGEMENT OF SONG TITLE "HAVE YOU EVER BEEN TO ELECTRIC LADYLAND"

6. Plaintiff hereby realleges and incorporates by reference the allegations of paragraphs 1 through 4 of this Complaint as if fully set forth herein.

7. Sometime in 1995, plaintiff's predecessor in business adopted and started using service mark ELECTRIC LADYLAND as a name for its tattoo studio.

8. In 1997, plaintiff bought the business from the original owners along with the goodwill associated with the business and all rights to the trade name and service mark of the business.

9. Since 1995, plaintiff or its predecessor in business has been providing tattooing services at its location in the French Quarter. In the August 2003 issue of Gambit Weekly magazine,

2

plaintiff's tattoo studio was named one of the best body piercing/tattoo parlors in the New Orleans area.

10. Continuously since on or about 1995, plaintiff or its predecessor in business has used the service mark and trade name ELECTRIC LADYLAND in connection with and to identify its tattooing services and to distinguish said services from similar services offered by other companies, by, and without limitation, prominently displaying said mark on the outdoor sign, in telephone directory, advertising and by actively promoting its services to the customers.

12. Plaintiff operates and maintains a web site www.electricladyland.net advertising its tattooing services.

13. Plaintiff is the owner of Louisiana trade name registration for ELECTRIC LADYLAND TATTOO AND LOGO registered on October 3, 2001. (Exhibit 1)

14. Plaintiff is the owner of Louisiana service mark registration for ELECTRIC LADYLAND and design issued on April 18, 2007. (Exhibit 2)

15. Plaintiff filed an application for federal trademark registration with the United States Patent Office for the service mark ELECTRIC LADYLAND and design, which application is now pending under application No. 77/152,042.

16. Defendants claim to be is the owner of federal and state trademarks ELECTRIC LADYLAND based on the rights they allegedly acquired from the song title "Have You Ever Been to Electric Ladyland" recoded by Jimi Hendrix in 1968.

17. On or about February 22, 2007, defendants, through their counsel William A. Drew, Esq. of Elliott, Ostrander & Preston, P.C. 707 SW Washington St., Suite 1500, Portland, Oregon 97205, sent a cease and desist letter to plaintiff, demanding that plaintiff stop using the mark

containing the term ELECTRIC LADYLAND in relation to tattooing services. A copy of Mr. Drew's letter is attached hereto as Exhibit 3.

18. Plaintiff believes that defendants are without right or authority to demand that plaintiff stop using its service mark and trade name in relation to the tattooing services because any copyright rights that defendants have in the song do not entitle them to service mark rights in International Class 44.

19. Plaintiff believes that defendants are without right or authority to demand that plaintiff stop using its service mark and trade name in relation to the tattooing services because plaintiff's service mark, through a long and continuous use thereof in commerce by plaintiff has acquired secondary meaning in the minds of the public, which use inures to the benefit of plaintiff.

20. Plaintiff believes that defendants are without right or authority to demand that plaintiff stop using its service mark and trade name in relation to the tattooing services under the doctrine of estoppel by laches.

21. Defendants, through their counsel, Mr. Drew, have been harassing plaintiff, making numerous telephone calls to plaintiff's manager and demanding that plaintiff cease and desist using ELECTRIC LADYLAND mark.

22. Upon information and belief, defendants' activities have caused and, unless enjoined by this Court, will continue to cause, irreparable injury and other damage to plaintiff's business, reputation and good will in its service mark and trade name. Plaintiff has no adequate remedy at law.

## COUNT TWO

## UNFAIR COMPETITION

23. Plaintiff realleges and incorporates by reference the allegations of paragraphs 1 through 22 of this Complaint as if fully set forth herein.

24. Defendant's activities as stated herein constitute unfair competition within the State of Louisiana and in violation of Louisiana law.

25. Upon information and belief, defendants' wrongful activities have caused, and unless enjoined by this Court will continue to cause, irreparable injury and other damage to plaintiff's business, reputation and good will in its service mark and trade name ELECTRIC LADYLAND. Plaintiff has no adequate remedy at law.

## COUNT THREE

## LOUISIANA UNFAIR TRADE PRACTICES ACT

26. Plaintiff realleges and incorporates by reference the allegations of paragraphs 1 through 25 of this Complaint as if fully set forth herein.

27. Defendants' activities alleged herein constitute unfair and deceptive acts and practices in the conduct of their trade and business in violation of the Louisiana law.

28. Upon information and belief, defendants' wrongful activities have caused, and unless enjoined by this Court will continue to cause, irreparable injury and other damage to plaintiff's business, reputation and good will in its ELECTRIC LADYLAND service mark and trade name. Plaintiff has no adequate remedy at law.

**WHEREFORE, Plaintiff prays:**

1. That a preliminary and permanent injunction issue restraining defendants, their agents, servants, employees, successors and assigns and all others in concert and privity with them from

threatening plaintiff with a legal action for alleged infringement of defendants' alleged rights in the mark ELECTRIC LADYLAND, in connection with plaintiff's use of the service mark and trade name ELECTRIC LADYLAND and design in offering tattooing services, from engaging in unfair trade practices and from injuring plaintiff's business reputation pursuant to the Lanham Act, Louisiana Revised Statutes, and the equitable power of this Court to enforce the law of the State of Louisiana.

2. That defendants be required to account to plaintiff for the actual damages suffered by plaintiff as a result of defendants' acts, unfair competition, and unfair trade practices, together with interest.

3. That defendants be compelled to pay plaintiff's attorneys' fees, together with costs of this suit.

4. For such other and further relief as may be just and equitable.

Respectfully submitted,

*[signature]*

Dated: 4/18/01

Thomas S. Keaty
Keaty Professional Law Corporation
2140 World Trade Center
2 Canal Street
New Orleans, Louisiana 70130
Attorney for Plaintiff



# COMMERCIAL DIVISION
## Corporations Database



*Louisiana Secretary of State*
*Trade Name Detailed Record*

Type(s) Registered: TRADE NAME

Registered Name: ELECTRIC LADYLAND TATTOO AND LOGO: A GYPSY LADY HEAD WITH SNAKE AND KNIVES AROUND HEAD

Applicant: ELECTRIC LADYLAND, LLC, 8106 EARHART BLVD., NEW ORLEANS, LA 70118-0000

Current Status: ACTIVE

Type of Business: TATTOO STUDIO

Classes: 00 00 00 00 00 00 00 00 00 00

First Used: 09/01/1996

First Used in LA: 01/01/1995

Reg. Date: 10/03/2001

Exp. Date: 10/03/2011

[ New Search ]  [ View Cart ]



EXHIBIT 1

http://www.sos.louisiana.gov/cgibin?rqstyp=crpdtltsC&rqsdta=571872

  

## Louisiana Secretary of State
## Trade Name Detailed Record

Type(s) Registered: SERVICE MARK

Registered Name: ELECTRIC LADYLAND & LOGO: WOMAN'S HEAD WITH SNAKES AND DAGGERS SURROUNDING THE HEAD

Applicant: ELECTRIC LADYLAND II, L.L.C., 610 FRENCHMAN STREET, NEW ORLEANS, LA 70116-0000

Current Status: ACTIVE

Type of Business: TATTOOING SERVICES

Classes: 42 00 00 00 00 00 00 00 00 00

First Used: 01/01/1995

First Used in LA: 01/01/1995

Reg. Date: 04/18/2007

Exp. Date: 04/18/2017



EXHIBIT 2

**ELLIOTT, OSTRANDER & PRESTON, P.C.**

UNION BANK OF CALIFORNIA TOWER
707 SW WASHINGTON STREET, SUITE 1500
PORTLAND, OREGON 97205
TELEPHONE: (503) 224-7112
FACSIMILE: (503) 224-7819
WEBSITE: www.eoplaw.com

OFFICES ALSO LOCATED IN SEATTLE, WA

*WILLIAM A. DREW*
DIRECT DIAL: (503) 224-3461
EMAIL: billd@eoplaw.com

KAREN WETHERELL DAVIS
WILLIAM A. DREW
JEROME F. ELLIOTT
MATTHEW W. McCLELLAN *
SONIA A. MONTALBANO
JOHN D. OSTRANDER
ROBERT J. PRESTON
JENNIFER L. ROLLINS
HARSHI M. WATERS

MEMBERS ARE LICENSED IN
OREGON, WASHINGTON, CALIFORNIA,
DISTRICT OF COLUMBIA, ALASKA,
PENNSYLVANIA & OHIO

* PRACTICE LIMITED TO U.S.
IMMIGRATION AND NATIONALITY LAW

February 22, 2007

**VIA CERTIFIED AND REGULAR MAIL**

Electric Ladyland II, L.L.C.
c/o Ms. Annette LaRue Reynolds, Registered Agent
610 Frenchman Street
New Orleans, LA 70116

Re: *ELECTRIC LADYLAND*/Experience Hendrix, L.L.C.

Dear Electric Ladyland II, L.L.C.:

We represent Experience Hendrix, LLC and its wholly owned subsidiary Authentic Hendrix, LLC (collectively "EH"), which were established by the sole heir to the Jimi Hendrix estate, James A. Hendrix, Jimi's father. EH is owned and operated by family members of Jimi Hendrix. As you surely know, Jimi Hendrix wrote a song entitled "(Have You Ever Been To) Electric Ladyland" and The Jimi Hendrix Experience released an album in 1968 entitled *ELECTRIC LADYLAND*, which were and continue to be of worldwide renown. The album was certified as double platinum by the RIAA. EH owns, licenses and promotes the song and album *ELECTRIC LADYLAND* throughout the world. Moreover, EH and its predecessors in interest have sold merchandise under the mark ELECTRIC LADYLAND. EH has filed numerous applications for variations of this mark with the United States Patent and Trademark Office.

EH recently learned of the existence of your New Orleans-based tattoo parlor named Electric Ladyland II, L.L.C. ("EL"), a Louisiana entity. It appears from your website that you are advertising and promoting your services using the mark ELECTRIC LADYLAND in brick and mortar stores in Louisiana and through your internet website located at www.electricladyland.net and perhaps through other means.

We believe that EL's use of EH's mark ELECTRIC LADYLAND for its business, and in its domain name, is a violation of our client's trademark rights under federal and state laws. EH takes the protection and control of these rights very seriously, and will take legal action, if necessary, to protect its rights if you continue to use the mark in an unauthorized manner.

Therefore, EL must immediately cease and desist from the use of the name ELECTRIC LADYLAND in connection with its business, or otherwise. In the alternative, if EL can provide evidence satisfactory to EH that EL has not used the ELECTRIC LADYLAND name other than in connection with its tattoo parlor business (and not, for example, on goods or in advertising for other businesses), and that EL's uses are of a high standard of quality, EH may be wil[ling to] license EL to use the mark in connection with its tattoo parlor business, with restricti[ons]

**EXHIBIT 3**

Letter to Electric Ladyland II, LLC
February 22, 2007
Page 2

and territory. As you might expect, EH would require control mechanisms to be in place to protect the value of this important property, and other restrictions to protect EH's rights.

Please respond within ten (10) days to this letter. If you do not contact me or stop using the mark within ten (10) business days of receipt of this letter, we will assume you intend to continue to infringe our client's rights, and our client will proceed accordingly to protect its rights.

We look forward to talking with you or your counsel. This letter is sent without prejudice to our client's rights or remedies, and includes confidential settlement communications sent pursuant to FRE 408 which may not be published, communicated, or used for any other purpose.

Very truly yours,

ELLIOTT, OSTRANDER & PRESTON, P.C.

William A. Drew

KWD:ncw

cc: Experience Hendrix, L.L.C. (w/ attach.)